IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MIKE NARDINI,**<br>**Plaintiff,**<br>v.<br>**TECHNICAL EDUCATION SERVICES, INC. d/b/a AVIATION INSTITUTE OF MAINTENANCE,**<br>**Defendant.** | 1:17-cv-2067-WSD |

## ORDER

This matter is before the Court on the parties' Consent Motion to Stay Proceedings Pending Arbitration [8] ("Motion"). The parties request that the Court refer this matter to arbitration and stay the case during the pendency of arbitration. The parties state that arbitration proceedings will be conducted in accordance with Defendant's Arbitration Agreement ([6] at 12-15) and the rules of the American Arbitration Association. Having considered the Motion, and that the parties consent to it,

**IT IS HEREBY ORDERED** that the parties' Consent Motion to Stay Proceedings Pending Arbitration [8] is **GRANTED**. This matter is **STAYED**. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay Proceedings [5] and the parties' Joint Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay Proceedings [7] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to arbitration with the following stipulations:

1. The arbitration proceeding shall be initiated and conducted in accordance with the rules and procedures of the American Arbitration Association ("AAA") and the AAA Rules for the Resolution of Employment Disputes;

2. Defendant will initiate arbitration with the AAA within twenty (20) days of the entry of this Order, and the date of such action shall relate back to and be deemed to be the same date the lawsuit was filed in this matter for statute of limitations purposes; and

3. Discovery and the arbitration proceeding shall be conducted by the parties and the Arbitrator in accordance with the Defendant's Arbitration Agreement ([6] at 12-15) and the rules of the American Arbitration Association.

**IT IS FURTHER ORDERED** that the parties shall notify the Court, in writing, every ninety days regarding the status of arbitration proceedings.

**SO ORDERED** this 4th day of October, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE